

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

APR 0 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violation: Title 18, United States Code, Section 1343 |
| DONALD L. SCOTT | |

15 CR 177
JUDGE ALONSO
MAGISTRATE JUDGE VALDEZ

<u>**COUNT ONE**</u>

The SPECIAL JANUARY 2014 GRAND JURY charges:

1. At times material to this indictment:

    a. The Department of Veterans Affairs (VA) was a department and agency of the United States that administered payments of benefits to United States Armed Services veterans.

    b. The VA pension program provided pension benefits for disabled veterans with limited income who served 90 days or more of active military service, at least one day of which was during a period of war. To qualify for the program, a veteran's discharge from active duty must have been under conditions other than dishonorable and his disability must not have been the result of his military service or due to willful misconduct. Pension payments were made to qualified veterans in order to bring their total income to a support level established by Congress. Additional benefits were paid to veterans who established that they were housebound or needed the aid and attendance of another person due to their disabilities.

2. Beginning in or about April 2001, and continuing until on or about July 1, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DONALD L. SCOTT,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud and to obtain money from the United States, namely, VA pension benefit payments, by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described in the following paragraphs.

3. It was part of the scheme that, on or about April 30, 2001, SCOTT filed a written Statement in Support of Claim for supplemental pension benefits administered by the VA based on a claim of disability based, in part, on injuries sustained in a car accident on or about July 5, 2000.

4. It was further part of the scheme that, during examinations by VA medical staff in or about July 2001, August 2001, and January 2002, SCOTT represented that he was unable to walk without assistance due to injuries sustained in the car accident on or about July 5, 2000, that he was housebound, and confined to a wheelchair, which representations SCOTT then knew to be false.

5. It was further part of the scheme that, through SCOTT's actions and his false oral and written representations that he was physically disabled, SCOTT caused the VA to pay him disability benefits beginning on or about October 18, 2001, and aid and attendance pension benefits beginning on or about February 20,

2002, which benefit payments were made retroactive to the date of his original claim, April 30, 2001.

6. It was further part of the scheme that, between approximately July 2001, and July 2014, SCOTT faked symptoms of paralysis to appear physically disabled and made false statements to VA medical administrative staff and other VA employees, both orally and in writing, in order to collect VA pension benefits totaling approximately $362,933, well knowing at the time that he was not entitled to such payments.

7. It was further part of the scheme that SCOTT converted the fraudulently obtained VA pension benefits to his own use and benefit.

8. It was further part of the scheme that SCOTT concealed, misrepresented, and hid, and caused to be concealed, misrepresented, and hidden, the existence and purpose of the scheme and the acts done in furtherance of the scheme.

9. On or about March 1, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DONALD L. SCOTT,

defendant herein, for the purpose of executing and attempting to execute the scheme described above, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an interstate wire transfer processed through the Federal Reserve System in New

Jersey in the amount of approximately $2,178 in VA pension benefit payments, to a bank account in his name at JP Morgan Chase Bank;

In violation of Title 18, United States Code, Sections 1343.

## COUNT TWO

The SPECIAL JANUARY 2014 GRAND JURY further charges:

1. The allegations in paragraphs 1 through 8 of Count One of this indictment are incorporated here.

2. On or about December 31, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DONALD L. SCOTT,

defendant herein, for the purpose of executing and attempting to execute the scheme described above, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an interstate wire transfer processed through the Federal Reserve System in New Jersey in the amount of approximately $2,267 in VA pension benefit payments, to a bank account in his name at JP Morgan Chase Bank;

In violation of Title 18, United States Code, Sections 1343.

## COUNT THREE

The SPECIAL JANUARY 2014 GRAND JURY further charges:

1. The allegations in paragraphs 1 through 8 of Count One of this indictment are incorporated here.

2. On or about July 1, 2013, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DONALD L. SCOTT,

defendant herein, for the purpose of executing and attempting to execute the scheme described above, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an interstate wire transfer processed through the Federal Reserve System in New Jersey in the amount of approximately $2,267 in VA pension benefit payments, to a bank account in his name at JP Morgan Chase Bank;

In violation of Title 18, United States Code, Sections 1343.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

6